# Exhibit A

ELECTRONICALLY FILED - 2021 Mar 23 5:36 PM - SPARTANBURG - COMMON PLEAS - CASE#2021CP4200945

| | |
|---|---|
| IN THE STATE OF SOUTH CAROLINA ) <br> COUNTY OF SPARTANBURG ) | IN THE COURT OF COMMON PLEAS <br> FOR THE 7TH JUDICIAL CIRCUIT <br> CASE NO: 2021-CP-42____ |
| BARBARA WILLIAMS, <br>  <br> Plaintiff, <br> v. <br>  <br> FRANK GEDDES, Individually and as an Employee/Agent of Bi-Lo, LLC; BI-LO, LLC; SOUTHEASTERN GROCERS, INC., <br>  <br> Defendants. | **SUMMONS** <br> **(Jury Trial Demanded)** |

**TO:   THE DEFENDANTS ABOVE NAMED:**

**YOU ARE HEREBY SUMMONED** and required to Answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to said Complaint upon the Plaintiff or Plaintiff's attorneys, Lane D. Jefferies, Vanisa T. Siler, Eric M. Poulin, and Roy T. Willey, IV, at their offices at 32 Ann Street, Charleston, South Carolina, 29403, within (30) days after the service hereof, exclusive of the day of such service and if you fail to Answer the Complaint within the time aforesaid, Plaintiff will apply to the court for the relief demanded in the Complaint.

Dated at Charleston, South Carolina on March 23, 2021.

**ANASTOPOULO LAW FIRM, LLC**
*s / Vanisa T. Siler*
Vanisa T. Siler, Esquire
S.C. Bar No.: 104799
Lane D. Jefferies, Esquire
S.C. Bar No.: 101764
Eric M. Poulin, Esquire
SC Bar No.: 100209
Roy T. Willey, IV, Esquire
SC Bar No.: 101010
Anastopoulo Law Firm, LLC
32 Ann Street
Charleston, SC 29403
(843) 614-8888

| | |
|---|---|
| IN THE STATE OF SOUTH CAROLINA )<br>COUNTY OF SPARTANBURG )<br><br>BARBARA WILLIAMS,<br><br>Plaintiff,<br>v.<br><br>FRANK GEDDES, Individually and as an Employee/Agent of Bi-Lo, LLC; BI-LO, LLC; SOUTHEASTERN GROCERS, INC.;<br><br>Defendants. | IN THE COURT OF COMMON PLEAS FOR THE 7TH JUDICIAL CIRCUIT<br>CASE NO: 2021-CP-42____<br><br><br>**COMPLAINT**<br>**(Jury Trial Demanded)** |

The Plaintiff, complaining of the Defendants, alleges and says as follows:

## CASE SYNOPSIS

1. Defendants operate multiple chains of grocery stores throughout the Southeast. They claim to have "strong commitments to providing the best possible quality and value to customers"[1] and to being "committed to doing what's right and putting our people first."[2] Unfortunately, on September 1, 2018 those commitments did not extend to Plaintiff Barbara Williams.

2. As Barbara walked down the aisle toward the Pharmacy Department of the Chesnee Bi-Lo, she suddenly crashed to the floor. That is when she realized that she had slipped in a puddle of liquid on the floor that none of the Defendants had bothered to clean up or to warn her about.

3. Defendants knew or should have known about the dangerous condition of liquid on the sales floor that hurt Barbara, but they did nothing about it.

4. As a result, Barbara suffered serious injuries, and is now facing over $200,000.00 in medical bills, with more to come.

---

[1] https://www.segrocers.com/ last visited March 23, 2021
[2] https://www.segrocers.com/socialresponsibility last visited March 23, 2021.

ELECTRONICALLY FILED - 2021 Mar 23 5:36 PM - SPARTANBURG - COMMON PLEAS - CASE#2021CP4200945

## **SPECIFIC AVERMENTS**

5. That the Plaintiff, Barbara Williams, (herein referred to as "Plaintiff") is a citizen and resident of Spartanburg County, State of South Carolina.

6. That Defendant, Bi-Lo, LLC is a limited liability company organized and existing under the laws of the State of Delaware, doing business and owning real property in Spartanburg County, South Carolina, and whose registered agent for service of process is Corporation Service Company at 508 Meeting Street, West Columbia, South Carolina 29169.

7. That Defendant, Southeastern Grocers, Inc. is a corporation incorporated and existing under the laws of the State of Florida, doing business and owning real property in Spartanburg County South Carolina, and whose registered agent for service of process is Corporation Service Company at 1202 Hays Street, Jacksonville, Florida 32256.

8. That upon information and belief, Defendant, Frank Geddes, is a citizen and resident of Spartanburg County, South Carolina.

9. That Bi-Lo, LLC; Southeastern Grocers, Inc.; and Frank Geddes are referred to herein collectively as "Defendants" and each individually by name or as "Defendant."

10. That on or about September 1, 2018, Plaintiff was a customer, as an invitee and for the benefit of the Defendants, at Defendants' place of business located at 712 South Alabama Avenue, Chesnee, South Carolina 29323 ("Premises").

11. That upon information and belief, at all times relevant, Frank Geddes was a manager and/or General Manager of Bi-Lo, LLC with responsibility for cleaning, monitoring, and maintaining the Premises to ensure that they were safe, clean, and not dangerous to persons such as Plaintiff.

12. That as manager and/or General Manager of Bi-Lo, LLC Frank Geddes had power,

3

authority, and responsibility to manage, direct, superintend, restrict, regulate, govern, administer, and/or oversee the management of the Premises to ensure that they were safe, clean, and not dangerous to persons such as Plaintiff.

13. That upon information and belief, Southeastern Grocers, Inc. and Bi-Lo, LLC have identical or nearly identical ownership, governance, management, office locations, letterhead, equipment, telephone numbers, and other indicia of corporate identity.

14. That upon information and belief, Southeastern Grocers, Inc. and Bi-Lo, LLC are so intertwined as to constitute a single business enterprise, and/or partnership.

15. That injustice to Plaintiff and/or others would result were this Court to recognize any legal distinction between Southeastern Grocers, Inc. and Bi-Lo, LLC when the entities themselves have blurred, ignored, or wholly erased such distinctions.

16. That Frank Geddes, Bi-Lo, LLC and Southeastern Grocers, Inc. are jointly and severally liable for Plaintiff's damages.

17. That the slip and fall which is the subject of this action occurred in Spartanburg County, State of South Carolina.

18. That this Court has jurisdiction over the parties and the subject matter of this action.

19. That on or about September 1, 2018, due to the negligence of Defendants, Plaintiff slipped and fell while walking upon the Premises.

20. That as a natural and foreseeable result of Plaintiff's fall, Plaintiff suffered an extreme high-impact collision with the floor, resulting in severe and acute injury.

21. That Defendants either knew or should have known that the area where Plaintiff fell presented a danger to persons upon the Premises; or that Defendants created the dangerous condition.

ELECTRONICALLY FILED - 2021 Mar 23 5:36 PM - SPARTANBURG - COMMON PLEAS - CASE#2021CP4200945

22. That as a direct and proximate result of the negligence, gross negligence, carelessness, recklessness, willfulness, wantonness, and acts and/or omissions of the Defendants, as is set forth more fully above, Plaintiff was injured, has endured pain and suffering, has suffered mentally and emotionally, and has incurred, and will incur various medical expenses, and has otherwise been damaged and injured.

23. The fall and resulting injuries and damages to Plaintiff were caused directly and proximately by one or more of the following negligent, negligent *per se,* grossly negligent, careless, reckless, willful, wanton and unlawful acts, and/or omissions of the Defendants in any one or more of the following ways:

 a. In failing to observe the dangerous condition of the floor;

 b. In failing to properly keep the floor clear of liquids;

 c. In failing to appreciate the gravity of the dangers associated with having liquids on the floor;

 d. Failing to supervise in the correct cleaning and maintenance of the floor;

 e. In failing to enact policies that would ensure the safety of licensees and invitees on the Premises;

 f. In failing and omitting to take any precaution whatsoever of a reasonable nature to protect this Plaintiff from the dangers of the floor on the occasion that the Plaintiff was using the same;

 g. In failing to adequately warn the Plaintiff as to any dangers that may be present on the Premises;

 h. In any such manner the Plaintiff may discover through the discovery process or trial.

ELECTRONICALLY FILED - 2021 Mar 23 5:36 PM - SPARTANBURG - COMMON PLEAS - CASE#2021CP4200945

ELECTRONICALLY FILED - 2021 Mar 23 5:36 PM - SPARTANBURG - COMMON PLEAS - CASE#2021CP4200945

24. That as a direct and proximate result of the negligence, gross negligence, carelessness, recklessness, willfulness and wantonness of the Defendants, as is set forth more fully above, Plaintiff has been damaged and injured in the following respects:

   a. Plaintiff has been required to expend a significant amount of money for Plaintiff's medical care, treatment and attendant services;

   b. Upon information and belief, the nature of the Plaintiff's injuries will require Plaintiff to expend a significant amount of money for future medical care, treatment and attendant services; and

   c. The pain of Plaintiff's injuries has resulted in Plaintiff's loss of enjoyment of life and change in Plaintiff's personality, all to the permanent detriment of Plaintiff's health and physical well-being.

25. That Defendants' acts and omissions, as are set forth more fully above, show willful misconduct, malice, wantonness and an entire want of care, raising a presumption of the Defendants' conscious indifference to the consequences of such acts and omissions.

26. That because of the Defendants' acts and omissions and the proximate harm resulting to Plaintiff, Plaintiff should be awarded punitive damages in an amount to be determined by the trier of fact, in order to punish and penalize the Defendants and to deter the Defendants and others from similar behavior.

27. That upon information and belief, Plaintiff is entitled to judgment against the Defendants for actual, compensatory and exemplary or punitive damages for Plaintiff's personal injuries set forth here in an amount that is fair, just and reasonable under the circumstances, plus whatever costs, interest and attorney fees to which Plaintiff may be entitled to be determined by a jury.

6

ELECTRONICALLY FILED - 2021 Mar 23 5:36 PM - SPARTANBURG - COMMON PLEAS - CASE#2021CP4200945

**WHEREFORE**, the Plaintiff prays for judgment against the Defendants for an amount to be ascertained by the jury at the trial of this action for all damages, punitive and actual, for the cost and disbursements of this action, post judgment interest, and for such other and further relief, in law or in equity, as this court may deem just and proper.

Respectfully submitted,

**ANASTOPOULO LAW FIRM, LLC**

<u>s / *Vanisa T. Siler*</u>
Vanisa T. Siler, Esquire
S.C. Bar No.: 104799
Lane D. Jefferies, Esquire
S.C. Bar No.: 101764
Eric M. Poulin, Esquire
SC Bar No.: 100209
Roy T. Willey, IV, Esquire
SC Bar No.: 101010
Anastopoulo Law Firm, LLC
32 Ann Street
Charleston, SC 29403
(843) 614-8888

Dated at Charleston, South Carolina this 23rd day of March 2021.

7

STATE OF SOUTH CAROLINA  
COUNTY OF SPARTANBURG

IN THE COURT OF COMMON PLEAS

BARBARA WILLIAMS

**AFFIDAVIT OF SERVICE**

      Plaintiff,

CASE NO: 2021-CP-42-00945

vs.

FRANK GEDDES, Individually and as an Employee/ Agent of Bi-Lo, LLC , Bi-Lo, LLC, Southeastern Groceries Inc.

      Defendants,

PERSONALLY appeared before me the undersigned who being duly sworn says that he served :

1) Summons & Complaint
2) Judge Young Order
3) Plaintiff's First Request for Admission to Defendant Frank Gedes
4) Plaintiff's First Request for Admission to Defendant Bi-Lo, LLC
5) Plaintiff's First Request for Production to Defendant Bi-Lo, LLC
6) Plaintiff's Standard and First Supplemental Interrogatories to Bi-Lo, LLC

In this action on : **Bi-Lo, LLC , registered agent, Corporation Service Company**

By delivery to : **Savannah Pope, paralegal with the registered agent**

And leaving with him copies of the same at business location, 508 Meeting Street, West Columbia SC 29169 on This **31st** Day of **March, 2021** , at **9:16** A.M., and that deponent is not a party to this action. Race **W**  SEX **FEMALE**  Approx. age **30'S**  Hair **BROWN**  Approx. Height **5'5**  Approx. Weight **130**

Sworn to me this ___ day  
Of _____, 2021

_____  
Notary Public for state of South Carolina  
My Commission expires 2-25-2023

_____  
Process Server Signature

## VERIFIED RETURN OF SERVICE

**State of South Carolina**          **County of Spartanburg**          **Common Pleas Court**

Case Number: 2120-CP-42

Plaintiff:
**Barbara Williams**

vs.

Defendant:
**Frank Geddes, Individually, et. al.**

For:
Vanisa Siler
Anastopoulo Law Firm, LLC
32 Ann Street
Charleston, SC 32904

Received by Vause's Process Service on the 1st day of April, 2021 at 10:30 am to be served on **Southeastern Grocers, Inc. c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, J. Lee Vause, Jr., being duly sworn, depose and say that on the **1st day of April, 2021 at 2:00 pm, I:**

Served by delivering in a corporate manner, a true copy of the **Summons, Complaint, Request to Produce, Interrogatories, Request for Admissions** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Kaneisha Gross** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Corporation Service Company** as Registered Agent for **Southeastern Grocers, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18 and not a party to this action. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit.

The foregoing instrument was acknowledged before me by means of ✓ physical presence or ___ online notarization on 4/6/2021, by: J. Lee Vause, ✓ who is personally known to me, or produced ___ as identification.

NOTARY PUBLIC
ROBYN BUDA
Commission # HH 094004
Expires March 1, 2025
Bonded Thru Budget Notary Services

J. Lee Vause, Jr.
I.D. #81 2nd Circuit

Vause's Process Service
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: VPS-2021003670

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z